IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDWARD CHARLES NICHOLSON                                                      PETITIONER
REG. #23718-009

V.                                    NO.  2:06CV00125 JLH

LINDA SANDERS, Warden,                                                        RESPONDENT
FCI, Forrest City, AR

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety.  The dismissal is without prejudice in the event Respondent does not abide by the representations made in this proceeding.

IT IS SO ORDERED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE