IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDWARD CHARLES NICHOLSON                                              PETITIONER
REG. #23718-009

V.                           NO.  2:06CV00125 JLH

LINDA SANDERS, Warden,                                                RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety.  The dismissal is without prejudice in the event Respondent does not abide by the representations made in this proceeding.

IT IS SO ORDERED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE